JUNE D. COLEMAN, CSBN 191890
jcoleman@kmtg.com
CANDICE L. FIELDS, CSBN 172174
cfields@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Defendant
DIVERSIFIED COLLECTION SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ENGELMEYER,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC., and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 11-4107-SC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

It is hereby stipulated by and between Plaintiff MICHAEL ENGELMEYER and Defendant DIVERSIFIED COLLECTION SERVICES, INC., through and by their respective counsel of record herein, that the Case Management Conference currently scheduled for December 16, 2011, is continued to February 24, 2012, at 10:00 a.m. before the Honorable Samuel Conti, in Courtroom 1. This stipulation for a continuance is due to the settlement of the case and the imminent dismissal of the case. There has been no other continuances requested. The continuance will not impact any other aspect of the case; no trial date has been set.

The parties shall report to Courtroom 1, on the 17th Floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 16, 2011     KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                             A Law Corporation


                             By: /s June D. Coleman
                                 June D. Coleman
                                 Candice L. Fields
                                 Attorneys for Defendant
                                 DIVERSIFIED COLLECTION SERVICES, INC.

Dated: December 16, 2011     LAW OFFICE OF LARA SHAPIRO


                             By: /s Lara Shapiro
                                 LARA SHAPIRO
                                 Attorneys for Plaintiff
                                 MICHAEL ENGELMEYER


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/16/11

                             HON. SAMUEL CONTI
                             UNITED STATES DISTRICT COURT
                             EASTERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Samuel Conti*

# PROOF OF SERVICE

I, Kathy Rockenstein, declare:

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 400 Capitol Mall, 27th Floor, Sacramento, California 95814. On December 16, 2011, I served a copy of the within document(s):

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed FEDEX envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FEDEX agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) on file with the court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 16, 2011, at Sacramento, California.

_____
Kathy Rockenstein

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

987767.1 12344.026

-1-

CV 11-4107-SC

PROOF OF SERVICE