Lara R. Shapiro (SBN 227194)
4335 Marina City Dr. # 742
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Shapiro.lara@gmail.com
Attorney for Plaintiff, Michael Engelmeyer

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

|  |  |
|---|---|
| **MICHAEL ENGELMEYER,**<br><br>Plaintiff,<br><br>vs.<br><br>**DIVERSIFIED COLLECTION SERVICES, INC., et. al.,**<br><br>Defendant. | CASE NO.: 3:11-cv-04107-SC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Defendant Diversified Collection Services, Inc., and Plaintiff Michael

Engelmeyer, by and through their designated counsel of record, hereby stipulate and

agree that the above-captioned action be dismissed with prejudice pursuant to FRCP

41(a)(1), and jointly move this court for an order of dismissal with prejudice.

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety.  As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice.

Respectfully submitted this 9th day of January 2012.


By:  _s/Lara R. Shapiro_
       Lara R. Shapiro
       Attorney for Plaintiff , Michael Engelmeyer



KRONICK,    MOSKOVITZ,    TIEDEMANN    &
GIRARD


By:   _/s/ Candice L. Fields_
        Candice L. Fields
Attorneys   for   Defendant   Diversified   Collection
Services, Inc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

CASE NO.: 3:11-cv-04107-SC

**MICHAEL ENGELMEYER,**

Plaintiff,

     vs.

**DIVERSIFIED COLLECTION
SERVICES, INC., et. al.,**

Defendant.

**[PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE**

     Based on the Stipulation for Dismissal With Prejudice, the action is dismissed in its entirety with prejudice, each party to bear its own attorney fees and costs.

Dated: __1/12/12__

_____

Hon. Samu

